IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-01642-WYD-CBS

ROBERT SCHNEIDER and
SHARI SCHNEIDER,

      Plaintiffs,

v.

WELD COUNTY SCHOOL DISTRICT RE-1 BOARD OF EDUCATION;
JO BARBIE, in her individual and official capacities; and
JEFF COGBURN, in his individual and official capacities,

      Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Motion to Withdraw (*doc. #18*) is GRANTED. Attorney Nora Kelly is relieved as counsel of record in the above captioned matter. The Clerk of Court is instructed to terminate electronic notification to Ms. Kelly and to remove her from the Notice of Electronic Filing.

IT IS FURTHER ORDERED that Plaintiff's Unopposed Motion for Stay of Case Plan Deadlines (*doc. # 19)* is GRANTED. All pretrial deadlines are stayed for thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that a **Status Conference will be held on February 3, 2011 at 2:30 p.m.** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. In the event that replacement counsel has not entered an appearance on behalf of the Plaintiffs, Mr. and Mr. Schneider are expected to be physically present.

**DATED:**      January 4, 2011