IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01642-WYD-CBS

ROBERT SCHNEIDER and
SHARI SCHNEIDER,

    Plaintiffs,

v.

WELD COUNTY SCHOOL DISTRICT RE-1 BOARD OF EDUCATION;
JO BARBIE, in her individual and official capacities; and
JEFF COGBURN, in his individual and official capacities,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice.  Having reviewed the file and being fully advised in the premises, it is

ORDERED that the Stipulation for Dismissal with Prejudice is **APPROVED**. Plaintiffs' claims against all Defendants are **DISMISSED WITH PREJUDICE,** each party to bear his, her or its own attorney's fees and costs as agreed between the parties.

Dated this 22nd day of March, 2011.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE